## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **FRED CROSS and FAMILY,** | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | Case Number 5:05-CV-26 (HL) |
| | : | |
| **JUDGE ARCH McGARITY, et al,** | : | |
| **Defendants** | : | |
| | : | |

### SHOW CAUSE ORDER

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is hereby directed to show cause in writing, not later than 20 days from the date of entry of this Order, why this case should not be dismissed for failure to effect service on Defendants within 120 days of the filing of the Complaint.

Failure to respond will result in the dismissal of the complaint.

**SO ORDERED,** this the 20th day of June, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**

mls